1

2  R. DUANE FRIZELL
   Nevada Bar No. 9807
3  CALLISTER & FRIZELL
   8275 S. Eastern Ave., Suite 200
4  Las Vegas, Nevada 89123
   Office (702) 657-6000
5  Fax (702) 657-0065
   dfrizell@callisterfrizell.com
6  *Attorneys for Plaintiff*

7                       UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA
8

9  RUTH JEAN M. KENNEDY, an
   Individual,
10
           Plaintiff,                          CASE NO:   2:12-cv-00116-GMN-GWF
11
   vs.
12
   MORTGAGE ELECTRONIC
13 REGISTRATION SYSTEMS, INC., a
   Delaware Corporation; OCWEN LOAN
14 SERVICING, LLC, a Delaware LLC;
   NATIONAL DEFAULT SERVICING
15 CORPORATION, an Arizona Corporation;
   DEUTSCHE BANK NATIONAL TRUST
16 COMPANY, a Nevada Corporation; DOE
   DEFENDANTS 1 through 10, inclusive;
17 and ROE ENTITIES 1 through 10,
   inclusive,
18
           Defendants.
19

20 **ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE A
   RESPONSE TO DEFENDANTS' MOTION TO DISMISS (FIRST REQUEST)**

21
       Plaintiff Ruth Jean M. Kennedy's ("Kennedy"), Motion having come before this Court,
22
   and the Court having considered the moving papers, and good cause appearing it is hereby
23
   ORDERED as follows:
24

25
       1.   Plaintiff's Motion to Extend Time to File a Response to Defendants' Motion to
26
            Dismiss (First Request) is hereby granted; and
27
       2.   Plaintiff's deadline to file a responsive pleading to Defendants' Motion to
28
            Dismiss Complaint and Expunge Lis Pendens (filed Jan. 30, 2012) [Doc. 6] shall

be extended from <u>February 16, 2012 (old deadline)</u> to <u>March 2, 2012 (new deadline)</u>.

**IT IS SO ORDERED** this 16th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge

*Submitted by:*

**CALLISTER & FRIZELL**
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

By: _____
R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
*Attorneys for Plaintiff*

2