R. DUANE FRIZELL
Nevada Bar No. 9807
CALLISTER & FRIZELL
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Office (702) 657-6000
Fax (702) 657-0065
dfrizell@callisterfrizell.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RUTH JEAN M. KENNEDY, an
Individual,

        Plaintiff,

vs.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., a
Delaware Corporation; OCWEN LOAN
SERVICING, LLC, a Delaware LLC;
NATIONAL DEFAULT SERVICING
CORPORATION, an Arizona Corporation;
DEUTSCHE BANK NATIONAL TRUST
COMPANY, a Nevada Corporation; DOE
DEFENDANTS 1 through 10, inclusive;
and ROE ENTITIES 1 through 10,
inclusive,

        Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CASE NO:   2:12-cv-00116-GMN-GWF

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS (FIRST REQUEST)

Plaintiff Ruth Jean M. Kennedy's ("Kennedy"), Motion having come before this Court, and the Court having considered the moving papers, and good cause appearing it is hereby ORDERED as follows:

1.     Plaintiff's Motion to Extend Time to File a Response to Defendants' Motion to Dismiss (First Request) is hereby granted; and

2.     Plaintiff's deadline to file a responsive pleading to Defendants' Motion to Dismiss Complaint and Expunge Lis Pendens (filed Jan. 30, 2012) [Doc. 6] shall

1    be extended from February 16, 2012 (old deadline) to March 2, 2012 (new

2    deadline).

3    **IT IS SO ORDERED** this 16th day of February, 2012.

4

5    _____

6    Gloria M. Navarro
     United States District Judge

7

8    *Submitted by:*

9    **CALLISTER & FRIZELL**
     8275 South Eastern Avenue, Suite 200
10   Las Vegas, Nevada 89123

11

12   By: _____

13   R. DUANE FRIZELL, ESQ.
     Nevada Bar No. 9807
14   *Attorneys for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

28