# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUTH JEAN M. KENNEDY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-00116-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MORTGAGE ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on January 23, 2012. Defendants filed a Motion to Dismiss (#6) on January 30, 2012. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 2, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 21st day of March, 2012.

*George Foley Jr.*
_____
GEORGE FOLEY, JR.
United States Magistrate Judge