# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUTH JEAN M. KENNEDY, | ) |
| Plaintiff, | ) Case No. 2:12-cv-00116-GMN-GWF |
| vs. | ) **ORDER** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' Discovery Plan and Scheduling Order Special Scheduling Review Requested (#25), filed March 30, 2012, wherein the parties request the court to stay discovery in this matter pending the Court's ruling on Defendants' motion to dismiss (#6). Upon review and consideration,

**IT IS ORDERED** that the Discovery Plan and Scheduling Order Special Scheduling Review Requested (#25) is **granted**. The stay of discovery will automatically be lifted ten (10) days after a denial of the motion to dismiss is filed.

**IT IS FURTHER ORDERED** that the parties are to file a status report by **July 2, 2012** if no decision has been made on the motion to dismiss.

DATED this 3rd day of April, 2012.

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge