**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUTH JEAN M. KENNEDY, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:12-cv-00116-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MORTGAGE ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court on the parties' Discovery Plan and Scheduling Order Special Scheduling Review Requested (#25), filed March 30, 2012, wherein the parties request the court to stay discovery in this matter pending the Court's ruling on Defendants' motion to dismiss (#6).  Upon review and consideration,

**IT IS ORDERED** that the Discovery Plan and Scheduling Order Special Scheduling Review Requested (#25) is **granted**.  The stay of discovery will automatically be lifted ten (10) days after a denial of the motion to dismiss is filed.

**IT IS FURTHER ORDERED** that the parties are to file a status report by **July 2, 2012** if no decision has been made on the motion to dismiss.

DATED this 3rd day of April, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge